UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

NATALIE DEEM,                               )
                                            )
    Plaintiff,                              )
                                            )
vs.                                         )   Case No.: 1:17-cv-4351
                                            )
UNUM LIFE INSURANCE COMPANY OF              )
AMERICA,                                    )
                                            )
    Defendant.                              )

## COMPLAINT

The Plaintiff, Natalie Deem, by and through the undersigned counsel, Bridget O'Ryan, files this Complaint against Unum Life Insurance Company of America ("Unum"), and as cause therefore states as follows:

### I. JURISDICTION AND VENUE

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1001. The Court has jurisdiction of this case pursuant to 28 U.S.C. §1331, in that this action arises under the laws of the United States. Specifically, Natalie Deem brings this action to enforce her rights under ERISA as authorized by 29 U.S.C. §1132.

2. Natalie Deem is a resident of Greenwood, Indiana and a citizen of the State of Indiana.

3. Community Health Network, Inc., a member of VHA Central, Inc. is an employee benefit plan administered in the Southern District of Indiana.

4. As an employee of Community Health Network, Inc., Ms. Deem is a participant of Community Health Network, Inc., a member of VHA Central, Inc. long term disability insurance plan.

5. Unum is a Maine insurance company doing business in the State of Indiana and its company headquarters and principal place of business is located in Portland, Maine.

6. Unum issued disability coverage to Community Health Network, Inc.

7. The Community Health Network, Inc. disability plan promises to pay disability benefits to employees of Community Health if they are unable to work due to sickness or injury.

8. Venue in the Southern District of Indiana is appropriate by virtue of the Community Health Network, Inc. disability plan being administered in this District.

9. Venue in the Southern District of Indiana is appropriate by virtue of the Plan being administered in this District.

## II.  FACTUAL ALLEGATIONS

10. Natalie Deem worked as Office Coordinator with Community Health Network until she was forced to stop working on December 1, 2016 due to chronic pain, restless leg syndrome, insomnia, headaches, systematic chronic back radiculopathy, fatigue, degenerative disc disease, and chronic cervical pain.

11. When Ms. Deem became disabled, Ms. Deem applied for long term disability benefits offered through Community Health Network's employee benefit plan, which are insured by Unum.

12. On March 31, 2017, Unum denied Ms. Deem's long term disability claim.

13. Ms. Deem appealed Unum's decision on September 25, 2017.

14. Unum denied Ms. Deem's appeal on November 20, 2017.

15. Ms. Deem has provided significant medical proof of her disability from her treating physicians, who have repeatedly opined that Ms. Deem is disabled from performing any occupation.

16. Dr. David Booth, Ms. Deem's primary care physician, states that "Patient's physical function is poor and can only maintain certain positions for short periods of time." Dr. Booth reports that Ms. Deem's prognosis is fair

17. Despite this proof, the Defendant refuses to pay Ms. Deem her long term disability benefits. As a result of the denial of benefits, Ms. Deem suffers from serious financial and emotional distress.

### III. CLAIM FOR RELIEF

### WRONGFUL DENIAL OF EMPLOYEE BENEFITS

18. Paragraphs 1-17 are hereby realleged and incorporated herein by reference.

19. From December 1, 2016, when Natalie Deem was forced to leave active employment, until the present, Ms. Deem remains unable to perform the material duties of her regular occupation or any occupation for which she is reasonably qualified based on her education, training or experience.

20. Ms. Deem provided the Defendant with ample medical evidence to verify her disability under the Community Health Network's employee benefit plan.

21. The Defendant has intentionally and without reasonable justification denied Ms. Deem's long term disability benefits in violation of the Community Health Network's employee benefit plan and ERISA.

WHEREFORE, the Plaintiff, Natalie Deem, requests that this Honorable Court enter Judgment:

A. Finding that Natalie Deem is entitled to long term disability benefits order the Defendant to pay the past due benefits.

B. Finding that Natalie Deem is entitled to long term disability benefits and order the Defendant to pay for future monthly benefits as they become due.

C. Awarding the Plaintiff interest on the amount of back benefits which remain unpaid.

D. Awarding the Plaintiff reasonable reimbursement for attorneys' fees and costs incurred as a result of the Defendant's wrongful denial of benefits.

E. Awarding all other relief as may be just and appropriate.

                Respectfully Submitted,

                <u>s/Bridget O'Ryan</u>
                Bridget O'Ryan
                Attorney for Natalie Deem
                O'Ryan Law Firm
                1901 Broad Ripple Avenue
                Indianapolis, IN 46220
                (317) 255-1000
                Fax: (317) 255-1006
                boryan@oryanlawfirm.com